**UNITED STATES** *versus* **BUCKLIN ALDERMAN.**

JOURNAL ENTRIES: (1) Jan. 8, 1836: exception to bail; (2) Jan. 27, 1836: exception withdrawn.
PAPERS IN FILE (1835–36): (1) Affidavit for bail, order for bail, precipe for capias; (2) capias and return; (3) recognizance; (4) exception to bail;

(5) declaration; (6) plea of nil debet, demurrer to declaration, joinder in demurrer.
*File No. 154.*